IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-88-BO

| | |
|---|---|
| REBECCA SNIPES, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>ANDREW SAUL, )<br>COMMISSIONER OF SOCIAL SECURITY, )<br>Defendant. ) | O R D E R |

The Administrative Law Judge did not adequately consider the treating source factors when opining regarding Dr. Li and Dr. Gebrail's physical examination.

After considering the evidence as a whole, the court finds that it is not based on substantial evidence, and that a remand for reconsideration of the ability of the plaintiff to perform light work should be allowed. As such, the court remands this case for further consideration of whether the RFC in this case is light or sedentary work. An opinion can be forthcoming after a review of the administrative proceedings.

This 15 day of September, 2021.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE